UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bonnie Sneed,

    Plaintiff,

v.

State of Minnesota Department of
Employment and Economic Development,

    Defendant.

Case No. 17-cv-1201 (JNE/HB)
ORDER

    Defendant State of Minnesota Department of Employment and Economic Development moved to dismiss Plaintiff Bonnie Sneed's Amended Complaint. In a Report and Recommendation ("R&R") dated January 11, 2019, the Honorable Hildy Bowbeer, United States Magistrate Judge, recommended that the case be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for Sneed's failure to serve the defendant, and in the alternative, under Federal Rule of Civil Procedure 41(b) for Sneed's failure to prosecute. Sneed did not file any objections to the R&R in the time period permitted. Based on a de novo review of the record, the Court adopts the R&R. *See* 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2. Therefore, IT IS ORDERED THAT:

    1. Defendant's Motion to Dismiss, ECF No. 20, is GRANTED;

    2. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: February 5, 2019

    s/Joan N. Ericksen
    JOAN N. ERICKSEN
    United States District Judge